

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00268-CV

**LEONARD MCGOWAN,**

**Appellant**

 **v.**

**RICKY AND WENDY HEGEFELD,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. CV38831

## ORDER

This appeal was referred to mediation by order of this Court on January 28, 2016. Mediation was to take place within 30 days from the date the Court was notified of the parties' agreement on a mediator. We were notified that the parties agreed on a mediator on February 10, 2016 and were informed that mediation was scheduled for March 11, 2016. We have now been informed that mediation has been rescheduled for April 22, 2016.

Accordingly, the time to conduct mediation is extended until April 29, 2016.

PER CURIAM

Before Chief Justice Gray,
 Justice Davis, and
 Justice Scoggins
Order issued and filed April 14, 2016

